IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Lily Engleman,

        Plaintiff,

v.                                 Case No. 1:22-cv-903-MLB

William Clayton Nix, et al.,

        Defendants.

_____/

## SCHEDULING ORDER

Before the Court is the parties' Joint Preliminary Report and Discovery Plan (Dkt. 26) (the "Plan"). Having considered the Plan, it is hereby **APPROVED**. The time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified: This case is assigned to a six-month discovery track. Discovery shall be completed on or before November 22, 2022.

**SO ORDERED** this 26th day of May, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE