IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LILY ENGLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CLAYTON NIX,<br>JOHN RICHEY, TOMEKIA JORDAN,<br>MIKE RILEY, and JONATHAN ADAMS,<br><br>Defendants. | CIVIL ACTION FILE<br>NO.: 1:22-cv-00903-MLB |

## NOTICE OF LEAVE OF ABSENCE

COMES NOW, Derrick L. Bingham, and respectfully notifies the Court and counsel of record, that he will be out of the office on leave, pursuant to Local Rule 83.1E(4) on the following dates:

- August 12, 2022 and August 15-16, 2022;
- October 5, 2022 through October 10, 2022;
- November 11, 2022;
- November 21, 2022 through November 25, 2022;
- December 26, 2022 through December 30, 2022;
- February 15, 2023 through February 20, 2023; and
- April 3, 2023 through April 7, 2023.

Respectfully submitted this 15th day of July, 2022.

                STITES & HARBISON PLLC

                */s/ Derrick L. Bingham*
                Derrick L. Bingham
                Georgia Bar No. 141217
                *Counsel for Defendant,*
                *Tomekia Jordan*

303 Peachtree Street, N. E., Suite 2800
Atlanta, Georgia 30308
T: (404) 739-8800
E: dbingham@stites.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing ***Notice of Leave of Absence (Derrick Bingham)*** upon all parties of record by electronic service through CM/ECF, the Court's e-filing service.

Mark Begnaud
mbegnaud@eshmanbegnaud.com
Michael J. Eshman
meshman@eshmanbegnaud.com
ESHMAN BEGNAUD, LLC
315 W. Ponce DeLeon Ave.; Suite 775
Decatur, GA 30030
*Counsel for Plaintiff*

Eric James O'Brien
eobrien@bchlawpc.com
Timothy J. Buckley, III
tbuckley@bchlawpc.com
BUCKLEY CHRISTOPHER, P.C.
2970 Clairmont Road, N.E.; Suite 650
Atlanta, GA 30329
*Counsel for Defendant, Jonathan Adams*

Charles E. Cox, Jr.
charles@cecoxjr.com
CHARLES E. COX, JR., LLC
Post Office Box 67
Macon, Georgia 31202-0067
*Counsel for Defendants, William Clayton Nix and John Richey*

Charles Jackson Cole
MCRAE BERTSCHI COLE LLC
1872 Independence Square; Ste D
Dunwoody, GA 30338
cjc@mcraebertschi.com
*Counsel for Defendant, Mike Riley*

This 15th day of July, 2022.

STITES & HARBISON PLLC

*/s/ Derrick L. Bingham*
Derrick L. Bingham
Georgia Bar No. 141217
*Counsel for Defendant, Tomekia Jordan*

303 Peachtree Street, N. E., Suite 2800
Atlanta, Georgia 30308
T: (404) 739-8800
E:    dbingham@stites.com